# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STACY PARKS MILLER, DISTRICT ATTORNEY, | : | No. 263 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CENTRE; SEAN P. MCGRAW; ANDREW SHUBIN, ATTORNEY AT LAW, D/B/A/ THE LAW OFFICE OF ANDREW SHUBIN; BERNARD F. CANTORNA, ESQUIRE, BRYANT & CANTORNA, P.C.; AND JOHN DOES 1-5, | : | |
| | : | |
| Respondents | : | |
| STACY PARKS MILLER, DISTRICT ATTORNEY, | : | No. 264 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CENTRE; SEAN P. MCGRAW; ANDREW SHUBIN, ATTORNEY AT LAW, D/B/A/ THE LAW OFFICE OF ANDREW SHUBIN; BERNARD F. CANTORNA, ESQUIRE, BRYANT & CANTORNA, P.C.; AND JOHN DOES 1-5, | : | |
| | : | |
| Respondents | : | |

**<u>ORDER</u>**

**PER CURIAM**

  **AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, rephrased for clarity, is:

> Do district attorneys and their offices constitute "judicial agencies" as defined under Section 102 of the Right-to-Know-Law, 65 P.S. § 67.102?